# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KERGAN BROS., INC. ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** | **NO.: 17-00547-BAJ-EWD** |

## ORDER

Considering the parties' **Joint Motion to Dismiss with Prejudice (Doc. 48)**,

**IT IS ORDERED** that Plaintiffs' claims in the above matter are **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

Baton Rouge, Louisiana, this 5th day of October, 2018.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**